**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**IN RE:**

| | | |
|---|---|---|
| EFRAIN CARRERO VELEZ | * | **19-04887-EAG** |
| Debtor | * | CHAPTER 13 |

-----------------------------------------------------------------

**MOTION FOR LEAVE TO RESIGN LEGAL REPRESENTATION**

TO THE HONORABLE COURT:

Comes now, debtor Efrain Carrero Velez through the undersigned attorney and very respectfully ALLEGES and PRAYS to this Honorable Court as follows:

1) The above captioned case, conflicts between counsel and debtor have affected counsel-debtor relationship.

2) The appearing counsel request the Court allows us to withdraw, and Debtor be allowed additional time to procure new legal representation and to properly answer any pending motions and /or contested matters.

3) Debtor is aware of the pending issues on the case.

4) Debtor has been advised to immediately procure his legal file as to continue with the proceedings and hire new legal representation.

5) Furthermore, we request that all motions, order's or notices be sent to the debtor to the following address: Puerto Real  11 A, Calle 10 , Cabo Rojo , PR 00623, until debtor appear with new counsel.

**NOTICE**

14 Day Notice to all creditors and parties in interest: You are hereby notified that you have fourteen (14) days from the date of this notice to file an opposition to the foregoing motion and to request a hearing. If no opposition id filed within the prescribed period of time, the debtors motion will be deemed unopposed and may be granted without further hearing unless: 1) the requested relief is forbidden by law;  2) the requested relief is against public policy; 3) in the opinion of the Court, the interest of justice requires otherwise. If a timely opposition is filed, the court will schedule a hearing as a contested matter,

**WHEREFORE; pray the Honorable Court be informed and the undersigned counsel respectfully request permission to withdraw as counsel for the debtor and that the Court grant thirty (30) days to secure and announce new legal representation.**

CERTIFICATION: I hereby certify that on 9/24/2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Trustee assigned to the case, and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants: all CREDITORS IN THE MASTER MAILING LISTING.

In Mayaguez, Puerto Rico on this day 9/24/2019.

**SIGNED: /s/LIRIO DEL MAR TORRES**
**P.O. BOX 3552**
**MAYAGUEZ, P.R. 00681-3552**
**TEL./FAX: (787)265-5050**
**TEL.(787) 360-3045**
**U.S.D.C. 225814**
**liriotorresjust@gmail.com**
